David Burchard
Chapter 13 Standing Trustee
P.O. Box 8059
Foster City, CA 94404
(650) 345-7801  Fax:

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: FREDILYNNE M. SALS
CHRISTOPHER L. SALS
1449 EL CAMINO REAL, APT 3
BURLINGAME, CA  94010

Chapter 13

Case Number:  14-3-1696 DM

SSN 1: XXX-XX-8804     SSN 2:  XXX-XX-8803

## NOTICE OF CLAIMS

This Notice of Claims is being served on the debtor(s) and the attorney for the debtor(s) so that they may review and determine whether any claim should be objected to, whether the debtor(s) should file a claim for any creditor that has failed to file a claim, and whether the debtor(s) plan should be modified due to the claims that have been filed.

Payments on these claims are being made or will be made in accordance with the terms and conditions of the debtor(s)' confirmed Chapter 13 Plan. These payments shall continue unless an objection to the claim is filed by a party-in-interest with the U.S. Bankruptcy Court and is served on the Chapter 13 Trustee.

If an objection to claim is filed, the Trustee will cease making payments on that claim and accrue said funds. If the objection to claim is not resolved or set for hearing within ninety (90) days, the Trustee shall resume making payments on the claim without further notice.

The Trustee will not retrieve properly disbursed funds. Any claimants requesting retrieval of disbursed funds must obtain a Court order. Such requests must be in accordance with Federal Rules of Bankruptcy Procedure 9013 and 9014.

The claims listed and the amounts reflected in the Notice of Claims are subject to change at any time. The amount necessary to pay all properly filed claims as detailed in the Confirmed Chapter 13 Plan is subject to final audit and review prior to completion and issuance of any final discharge.

THE DEBTOR SHOULD THOROUGHLY REVIEW THIS LIST OF CREDITORS AND THE AMOUNT OF THEIR CLAIMS.

Any questions relating to this Notice should be referred to the debtor's attorney.

| CLM# | Creditor's Name / Address | Claim Amt | Classification |
|---|---|---|---|
| 019 | AMERICAN CORADIUS INTERNATIONAL L<br>2420 SWEET HOME RD #150<br>BUFFALO, NY  14228-2244 | 0.00 | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | Classification |
|---|---|---|---|
| 17 | AMERICAN EXPRESS BANK FSB<br>BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | 1,578.29 | UNSECURED |
| 18 | AMERICAN EXPRESS CENTURION BANK<br>BECKET AND LEE LLP/ATTYS/AGENT<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | 6,486.22 | UNSECURED |
| 16 | AMERICAN INFOSOURCE LP AS AGENT FO<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | 738.68 | UNSECURED |
| 15 | AMERICAN INFOSOURCE LP AS AGENT FO<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | 532.39 | UNSECURED |
| 14 | AMERICAN INFOSOURCE LP AS AGENT FO<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | 365.78 | UNSECURED |
| 010 | ARS NATIONAL SERVICES, INC.<br>P.O. BOX 463023<br>ESCONDIDO, CA 92046 | 0.00 | UNSECURED |
| 807 | ATTORNEY GENERAL - DEPT OF JUSTICE<br>CIVIL TRIAL SECTION, WESTERN REG<br>P O BOX 683, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0683 | | UNSECURED |
| 007 | BARCLAYS BANK DELAWARE<br>125 S WEST ST<br>WILMINGTON, DE 19801 | 0.00 | UNSECURED |
| 005 | BARCLAYS BANK DELAWARE<br>125 S WEST ST<br>WILMINGTON, DE 19801 | 0.00 | UNSECURED |
| 802 | CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>P O BOX 826880<br>SACRAMENTO, CA 94280-0001 | | UNSECURED |
| 033 | CAPITAL MANAGEMENT SERVICES LP<br>698 1/2 S OGDEN STREET<br>BUFFALO, NY 14206-0408 | 0.00 | UNSECURED |
| 012 | CAPITAL ONE<br>26525 N. RIVERWOODS BLVD.<br>LAKE FOREST, IL 60045 | 0.00 | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | Classification |
|------|---------------------------|-----------|----------------|
| 9 | CAPITAL ONE NA<br>BECKET & LEE LLP/ATTY /AGNT FR CR<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | 690.83 | UNSECURED |
| 8 | CAVALRY SPV I LLC ASSIGNEE OF<br>CAPITAL ONE NA /BASS AND ASSOCIATES<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON, AZ 85712 | 0.00 | SECURED |
| 014 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | 0.00 | UNSECURED |
| 015 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | 0.00 | UNSECURED |
| 803 | CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>P O BOX 826203<br>SACRAMENTO, CA 94230 | | UNSECURED |
| 002 | CONSUMER PORTFOLIO SERVICES INC<br>P O BOX 57071<br>IRVINE, CA 92619 | 0.00 | UNSECURED |
| 001 | CONSUMER PORTFOLIO SVC<br>ATTN: BANKRUPTCY<br>16355 LAGUNA CANYON RD<br>IRVINE, CA 92618 | Direct | SECURED |
| 024 | CREDIT CONTROL, LLC<br>PO BOX 31179<br>TAMPA, FL 33631 | 0.00 | UNSECURED |
| 3 | CREDIT FIRST N A<br>P O BOX 818011<br>CLEVELAND, OH 44181 | 611.94 | UNSECURED |
| 777 | DEBTOR<br>, | Continuing Claim | REFUND |
| 899 | DEBTOR<br>, | | REFUND |
| 5 | DEPARTMENT STORES NTL BANK FOR MA<br>BRANDED ACCT C/O MCCS BK PROCESSIN<br>PO BOX 8053<br>MASON, OH 45040 | 680.82 | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | Classification |
|------|---------------------------|-----------|----------------|
| 11 | ECAST SETTLEMEMT CORP ASSIGNEE OF CITIBANK (SOUTH DAKOTA) NA , SUCCES TO ASSOCS NAT. BANK PO BOX 35480 NEWARK, NJ 07193-5480 | 5,864.08 | UNSECURED |
| 10 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CITIBANK NA POB 29262 NEW YORK, NY 10087-9262 | 15,404.97 | UNSECURED |
| 800 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A 340 P O BOX 2952 SACRAMENTO, CA 95812-2952 | 0.00 | UNSECURED |
| 801 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OP P O BOX 7346 PHILADELPHIA, PA 19101-7346 | | UNSECURED |
| 035 | MONARCH RECOVERY MANAGEMENT INC 10965 DECATUR RD PHILADELPHIA, PA 19154 | 0.00 | UNSECURED |
| 017 | NORTHLAND GROUP P O BOX 390846 MINNEAPOLIS, MN 55439-0846 | 0.00 | UNSECURED |
| 008 | NORTHSTAR LOCATION SERVICES 4285 GENESEE STREET CHEEKTOWAGA, NY 14225-1943 | 0.00 | UNSECURED |
| 006 | NORTHSTAR LOCATION SERVICES 4285 GENESEE STREET CHEEKTOWAGA, NY 14225-1943 | 0.00 | UNSECURED |
| 804 | OFFICE OF THE UNITED STATES TRUSTEE 235 PINE STREET, SUITE 700 SAN FRANCISCO, CA 94104 | | UNSECURED |
| 20 | PRA RECEIVABLES MGMT, LLC AS AGENT PORTFOLIO RECOVERY ASSOCIATES LLC P O BOX 41067 NORFOLK, VA 23541 | 435.31 | UNSECURED |
| 21 | PRA RECEIVABLES MGMT, LLC AS AGENT PORTFOLIO RECOVERY ASSOCIATES LLC P O BOX 41067 NORFOLK, VA 23541 | 1,174.66 | UNSECURED |
| 23 | PRA RECEIVABLES MGMT, LLC AS AGENT PORTFOLIO RECOVERY ASSOCIATES LLC P O BOX 41067 NORFOLK, VA 23541 | 315.22 | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | Classification |
|------|---------------------------|-----------|----------------|
| 12 | PRA RECEIVABLES MGMT, LLC AS AGENT<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 41067<br>NORFOLK, VA   23541 | 4,565.65 | UNSECURED |
| 22 | PRA RECEIVABLES MGMT, LLC AS AGENT<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 41067<br>NORFOLK, VA   23541 | 828.73 | UNSECURED |
| 13 | PRA RECEIVABLES MGMT, LLC AS AGENT<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 41067<br>NORFOLK, VA   23541 | 913.24 | UNSECURED |
| 19 | PRA RECEIVABLES MGMT, LLC AS AGENT<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 41067<br>NORFOLK, VA   23541 | 1,124.75 | UNSECURED |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA   98083-0788 | 318.73 | UNSECURED |
| 029 | REBELLOS<br>696 KINGS ROW<br>SAN JOSE, CA   95112 | 0.00 | UNSECURED |
| 031 | SAN MATEO CREDIT UNION<br>350 CONVENTION WAY<br>REDWOOD CITY, CA   94063 | 0.00 | UNSECURED |
| 030 | SAN MATEO CREDIT UNION<br>350 CONVENTION WAY<br>REDWOOD CITY, CA   94063 | 0.00 | UNSECURED |
| 2 | TD BANK USA NA<br>C/O WEINSTEIN PINSON AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE, WA   98121 | 793.83 | UNSECURED |
| 038 | UNITED RECOVERY SYSTEMS<br>5800 N COURSE DR.<br>HOUSTON, TX   77072 | 0.00 | UNSECURED |
| 806 | US ATTORNEY - CHIEF, TAX DIVISION<br>10TH FLOOR, FEDERAL BUILDING<br>450 GOLDEN GATE AVE., BOX 36055<br>SAN FRANCISCO, CA   94102-3661 | | UNSECURED |
| 037 | US BANK<br>101 5TH STREET E STE A<br>SAINT PAUL, MN   55101-1390 | 0.00 | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | Classification |
|------|---------------------------|-----------|----------------|
| 7 | US BANK NA<br>BANKRUPTCY DEPARTMENT<br>P O BOX 5229<br>CINCINNATI, OH  45201-5229 | 493.39 | UNSECURED |
| 6 | WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD<br>LOS ANGELES, CA  90010 | 2,909.83 | UNSECURED |
| 4 | WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD<br>LOS ANGELES, CA  90010 | 2,909.83 | UNSECURED |

TOTAL: $ 49,737.17

THOMAS R. BURNS           4,000.00     Debtor's Attorney
703 MARKET ST #1109
SAN FRANCISCO, CA  94103-2121

Dated: May 21, 2015

David Burchard
David Burchard
Chapter 13 Trustee

Northern District of California

## CERTIFICATE OF SERVICE

Judge: Dennis Montali                               Bankruptcy Case Number 14-3-1696 DM

| | |
|---|---|
| THOMAS R. BURNS<br>703 MARKET ST #1109<br>SAN FRANCISCO, CA  94103-2121 | CHRISTOPHER and FREDILYNNE SALS<br>1449 EL CAMINO REAL, APT 3<br>BURLINGAME, CA 94010 |

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of the NOTICE OF CLAIMS and CERTIFICATE OF SERVICE, on the persons listed above by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 21, 2015

/s/ APRIL LEONHARDT
Case Administrator for David Burchard